

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8553

April 7, 2020

**By Facsimile and ECF**
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007
Fax: (212) 805-7942

Re:  Tabb v. Matteo, et al.
     No. 18-cv-09379 (AKH)

> So Ordered, provided, however, if setting up a videoconference at the remote sites of the respective counsel and the witness is impractical, or compromises social distancing on the part of any of the protagonists or technicians, the deposition, and the ending of fact discovery, upon the application of either counsel, may be adjourned 60 days, in which case the forthcoming status conference also will be adjourned.
>
> Alvin K. Hellerstein
> 4-8-2020

Dear Judge Hellerstein:

  This office represents the New York State Court Officers named as Defendants in this action. We write to respectfully request leave of Court to conduct Plaintiff's deposition by video conference as an alternative to an in person deposition.

  Plaintiff commenced this federal action on October 13, 2018, alleging violations of her civil rights pursuant to 42 U.S.C. § 1983, following her arrest on October 14, 2015 at the New York State Family Court at 60 Lafayette Street in Manhattan ("Family Court"). See ECF No. 1. Plaintiff is simultaneously prosecuting another action based on identical allegations, commenced on October 14, 2016, against the State of New York in the State Court of Claims. Due to parallel state court litigation, on March 15, 2019, Defendants moved to stay this action. See ECF Nos. 47, 48, 49. The Court denied Defendants' Motion for a Stay on April 15, 2019. See ECF No. 54. Defendants moved to dismiss the Complaint on May 6, 2019. See ECF No. 55, 56. Following Defendants motion to dismiss, Plaintiff filed an amended complaint on consent, dismissing this action, in its entirety, against Defendants Chris Mangan, Judith McCabe, Robert Miglino, Ariana Flores, Joseph Kennedy, Nicole Nicoletti, John Baldwin, and Michael DeMarco and dismissing Plaintiff's claim for supervisory liability. See Amended Complaint, ECF No. 61. Defendants